**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JOSEPH FRYE,

                Plaintiff,

                                           15 **CIVIL** 5348 (NRB)

      -against-                            **DEFAULT JUDGMENT**

BENJAMIN F. LAGERSTROM, a/k/a
BENJAMIN IRISH and DIANACOLLV,
INC.,

                Defendants.
----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated August 26, 2020, judgment by default is entered against defendant Dianacollv, Inc. on the same terms as Judgment was previously entered against defendant Lagerstrom: namely, Dianacollv, Inc. is permanently enjoined from infringing Frye's copyright in "Homeless." Dianacollv, Inc. is ordered to forthwith destroy all copies of all "Homeless" footage in his possession or control. The plaintiff is awarded $10,000 in statutory damages for copyright infringement under 17 U.S.C. § 504(c), $1,921.98 in damages for breach of contract, and $21,450 in attorney's fees under 17 U.S.C. § 505 against Dianacollv, Inc.

**DATED**: New York, New York
            August 26, 2020

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                    **Clerk of Court**
                                       **BY:** _K. Mango_____
                                                     **Deputy Clerk**